|  | New York | Paris |
|---|---|---|
|  | Northern California | Madrid |
|  | Washington DC | Hong Kong |
|  | São Paulo | Beijing |
|  | London | Tokyo |

# **Davis Polk**

**Paul S. Mishkin**

| Davis Polk & Wardwell LLP | 212 450 4292 tel |
|---|---|
| 450 Lexington Avenue | paul.mishkin@davispolk.com |
| New York, NY 10017 | |

July 26, 2019

Re:   *In re LIBOR-Based Fin. Instruments Antitrust Litig.,* Master File No. 11-md-2262-NRB;
*Fed. Deposit Ins. Corp as Receiver for 38 Closed Banks v. Bank of Am. Corp., et al.,*
14-cv-1757-NRB ("*FDIC*"); *Fed. Deposit Ins. Corp. as Receiver for Doral Bank,* 18-cv-
1540-NRB *("FDIC-Doral"); Fed. Home Loan Mortg. Corp. v. Bank of Am. Corp. et al.,* 13-
cv-3952-NRB ("*Freddie Mac*"); *Nat'l Credit Union Admin. Bd. v. Credit Suisse Grp. AG et
al.,* 13-cv-7394-NRB ("*NCUA*"); *Principal Fin. Grp., Inc. et al. v. Bank of Am. Corp. et al.,*
13-cv-6014-NRB ("*Principal Financial*"); *Principal Funds, Inc. et al. v. Bank of Am. Corp.
et al.,* 13-cv-6013-NRB ("*Principal Funds*")

Via ECF and Hand Delivery

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Buchwald·

        As previewed in the parties' joint letter filed on June 27, 2019, ECF No. 2889,
Defendants[1] in the *FDIC, FDIC-Doral, Freddie Mac, NCUA, Principal Financial,* and *Principal
Funds* actions (the "Actions") submit this follow-up letter to memorialize the parties' agreements
regarding which Defendants have been, or are being treated as, dismissed as to particular
counts in each Action based on the Court's prior rulings.  Subject to these dismissals and as
appropriate, the applicable Defendants will serve Answers in the Actions on or before July 29,
2019.[2]  Plaintiffs in the Actions have reviewed this letter and do not dispute that any of the
specified claims and actions are dismissed or shall be treated as dismissed as to the specified

---

        [1] This letter uses the term "Defendants" to describe collectively entities named in one or more of the
operative complaints in the Actions, including former defendants that have been dismissed  Each Defendant
joins this letter to the extent (and only to the extent) that such Defendant is named in the operative complaint in a
particular Action.  By joining this letter, no Defendant consents to personal jurisdiction or venue in any action.
Defendants expressly reserve all available defenses, including as to personal jurisdiction and venue

        [2] For the sake of clarity, Defendants that requested leave to move to dismiss the *FDIC* Action, *see* ECF No
2890, have already responded to that Action and, therefore, need not answer on or before July 29, 2019

Defendants.[3]  Defendants request that the Court approve the parties' agreements as detailed
below, to provide clarity regarding the specific claims and Defendants dismissed in each Action.

The charts set forth in this letter list only Defendants that are fully dismissed or shall be
treated as fully dismissed from a particular count under the Court's prior rulings. This letter does
not list Defendants that have been partially dismissed from particular counts and does not
include counts as to which there is a disagreement among the applicable parties as to whether
that count has been dismissed. The parties reserve all rights with respect to any such counts.

### FDIC and FDIC-Doral

The Federal Deposit Insurance Corporation ("FDIC") and the Defendants in the *FDIC*
Action have stipulated and agreed[4] that the following Defendants are or shall be treated as
dismissed from the counts identified in the table below, based on the Court's prior rulings:

| FDIC Amended Complaint[5] Count | Dismissed Entities |
| --- | --- |
| **Counts I-X – Breach of Contract Claims** | Merrill Lynch Capital Services, Inc., NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc); Bank of America, N.A.; JPMorgan Chase Bank, N.A., Barclays Bank PLC; Citibank, N.A.; Citigroup Financial Products Inc.; Citigroup Inc.; Credit Suisse International; Deutsche Bank AG; J.P. Morgan Markets Ltd. (f/k/a Bear Stearns International Ltd.); J.P. Morgan Bank Dublin plc (f/k/a Bear Stearns Bank plc); Royal Bank of Canada; UBS AG; Merrill Lynch International Bank Ltd., Merrill Lynch & Co., The Hongkong and Shanghai Banking Corp., Ltd.; Merrill Lynch International, HSBC Bank USA, N.A., Bear Stearns Capital Markets, Inc.; Portigon AG (f/k/a WestLB AG) |
| **Count XI – Breach of Implied Covenant of Good Faith and Fair Dealing** | Merrill Lynch Capital Services, Inc.; Citigroup Financial Products Inc., Citigroup Inc.; Credit Suisse International; J.P Morgan Markets Ltd.; J.P. Morgan Bank Dublin plc (f/k/a Bear Stearns Bank plc); Merrill Lynch International Bank Ltd.; Merrill Lynch & Co.; The Hongkong and |

---

[3] Plaintiffs in the Actions believe the parties' respective positions have already been put forth in the
stipulations and pre-motion letters submitted to the Court and do not believe the Court should be burdened with
any further correspondence on the subject. Plaintiffs do not join this letter but do not intend to submit anything
further, subject to a reservation of all rights.

[4] Order, ECF No. 2892.

[5] No 14-cv-1757-NRB, ECF No. 23.

| | Shanghai Banking Corp., Ltd.; Merrill Lynch International; HSBC Bank USA, N.A.; Bear Stearns Capital Markets, Inc. |
|---|---|
| **Count XII – Unjust Enrichment/Restitution** | The Hongkong and Shanghai Banking Corp., Ltd., Merrill Lynch International |
| **Count XIII – Fraud** | Bank of America Corporation, Merrill Lynch International, Barclays Bank PLC; British Bankers' Association; BBA Enterprises Ltd., BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.), Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Deutsche Bank AG; HSBC Bank plc; The Hongkong and Shanghai Banking Corporation Ltd.; JPMorgan Chase & Co.; Bank of Scotland plc; Lloyds Banking Group plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); Société Générale; The Norinchukin Bank; Royal Bank of Canada; NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc); MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); Portigon AG (f/k/a WestLB AG) |
| **Count XIV – Aiding and Abetting Fraud** | Bank of America Corporation; Merrill Lynch & Co.; Merrill Lynch Capital Services, Inc.; Merrill Lynch International; Merrill Lynch International Bank Ltd.; Barclays Bank PLC; British Bankers' Association, BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Citigroup Inc.; Citigroup Financial Products Inc.; Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Credit Suisse International (f/k/a Credit Suisse First Boston International); Deutsche Bank AG; HSBC Bank plc; HSBC Bank USA, N.A.; The Hongkong and Shanghai Banking Corporation Ltd.; JPMorgan Chase & Co.; Bear Stearns Capital Markets, Inc.; J.P. Morgan Markets Ltd. (f/k/a Bear Stearns International Ltd.); J.P. Morgan Bank Dublin plc (f/k/a Bear Stearns Bank plc); Bank of Scotland Plc; Lloyds Banking |

| | |
|---|---|
| | Group plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); Société Générale; The Norinchukin Bank; Royal Bank of Canada; NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc); MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); Portigon AG (f/k/a WestLB AG) |
| **Count XV – Civil Conspiracy to Commit Fraud** | Bank of America Corporation; Merrill Lynch & Co.; Merrill Lynch Capital Services, Inc.; Merrill Lynch International; Merrill Lynch International Bank Ltd.; Barclays Bank PLC, British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Citigroup Inc.; Citigroup Financial Products Inc.; Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.), Credit Suisse AG; Credit Suisse International (f/k/a Credit Suisse First Boston International); Deutsche Bank AG; HSBC Bank plc; HSBC Bank USA, N.A.; The Hongkong and Shanghai Banking Corporation Ltd.; JPMorgan Chase & Co.; Bear Stearns Capital Markets, Inc.; J.P. Morgan Markets Ltd. (f/k/a Bear Stearns International Ltd.); J.P. Morgan Bank Dublin plc (f/k/a Bear Stearns Bank plc); Bank of Scotland plc; Lloyds Banking Group plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); Société Générale; The Norinchukin Bank, Royal Bank of Canada; NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc); MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); Portigon AG (f/k/a WestLB AG) |
| **Count XVI – Negligent Misrepresentation** | Bank of America Corporation; Merrill Lynch International; Merrill Lynch International Bank Ltd.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Credit Suisse |

| | International (f/k/a Credit Suisse First Boston International); Deutsche Bank AG; HSBC Bank plc; The Hongkong and Shanghai Banking Corporation Ltd.; JPMorgan Chase & Co.; J.P. Morgan Markets Ltd. (f/k/a Bear Stearns International Ltd.); J.P. Morgan Bank Dublin plc (f/k/a Bear Stearns Bank plc); Bank of Scotland plc; Lloyds Banking Group plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); Société Générale; The Norinchukin Bank, Royal Bank of Canada; NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc), MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); Portigon AG (f/k/a WestLB AG) |
|---|---|
| **Count XVII - XXII – Tortious Interference with Contract; Aiding and Abetting Tortious Interference with Contract; Civil Conspiracy to Commit Tortious Interference with Contract; Tortious Interference with Prospective Economic Advantage; Aiding and Abetting Tortious Interference with Prospective Economic Advantage; Civil Conspiracy to Commit Tortious Interference with Prospective Economic Advantage** | Bank of America, N.A., Barclays Bank PLC; Citibank, N.A.; Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Deutsche Bank AG; HSBC Bank plc, JPMorgan Chase Bank, N.A.; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); The Norinchukin Bank; Royal Bank of Canada, NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc); UBS AG; British Bankers' Association; BBA Enterprises Ltd., BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.), Portigon AG (f/k/a WestLB AG); Bank of Scotland plc, Société Générale; MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.) |
| **Count XXIII – Violations of Sherman Act, Section 1[6]** | Barclays Bank PLC; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Deutsche Bank AG; HSBC Bank plc; Bank of Scotland plc; Lloyds Banking Group Plc, Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); Société Générale; The |

---

[6] In withdrawing its Second Amended Complaint in favor of its Amended Complaint, the FDIC agrees that Counts XXIII and XXIV are alleged against Panel Bank Defendants and the BBA only, as opposed to all Defendants.

The Honorable Naomi Reice
Buchwald                                      6                                      July 26, 2019

|                                              | Norinchukin Bank; Royal Bank of Canada; NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc); MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); UBS AG; Portigon AG (f/k/a WestLB AG) |
|----------------------------------------------|------------------------------------------------------------------------------------------------------|
| **Count XXIV – Violations of the Donnelly Act** | Bank of America, N.A.; Barclays Bank PLC, Citibank, N.A.; Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.), Credit Suisse AG; Deutsche Bank AG; HSBC Bank plc; JPMorgan Chase Bank, N.A.; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); The Norinchukin Bank; Royal Bank of Canada; UBS AG; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Portigon AG (f/k/a WestLB AG); Bank of Scotland plc, NatWest Markets Plc (f/k/a The Royal Bank of Scotland plc); Société Générale; MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.) |

Consistent with the above, the FDIC and the following Defendants have agreed that those Defendants are not obligated to move, answer, or otherwise respond to the pending complaint in the *FDIC* Action:

- Bank of America Corporation, Merrill Lynch International,

- British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.),

- Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.);

- Credit Suisse AG;

- The Hongkong and Shanghai Banking Corporation Ltd.; HSBC Bank plc,

- JPMorgan Chase & Co.;

- Lloyds Banking Group plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc),

- MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.).

- The Norinchukin Bank,

\

◘    Société Générale.

With respect to the *FDIC-Doral* Action, the court has previously so-ordered the parties' stipulations that all Defendants named in the FDIC-Doral Complaint, (No. 1:18-cv-01540-NRB, ECF No. 1), other than Citibank, N.A., are dismissed from the *FDIC-Doral* Action and that no Defendant other than Citibank, N.A. is required to answer the *FDIC-Doral* Complaint.  ECF No. 2892.  FDIC and Citibank, N.A. further stipulate and agree that rulings dismissing claims in the operative FDIC complaint apply to identical claims alleged in the *FDIC-Doral* Complaint as well, and that those claims will be treated as dismissed.  FDIC and Citibank, N.A. further stipulate and agree that Count VI (negligent misrepresentation) of the *FDIC-Doral* Complaint shall be treated as dismissed as to Citibank, N.A.

Freddie Mac

The Federal Home Loan Mortgage Corporation ("Freddie Mac") and the Defendants in the *Freddie Mac* Action have stipulated and agreed that the following Defendants are or shall be treated as dismissed from the counts identified in the table below, based on the Court's prior rulings:

| Freddie Mac Revised Third Amended Complaint Count | Dismissed Entities |
| --- | --- |
| **Count I – Violations of Sherman Act Section 1** | Bank of America Corporation; Bank of America, N.A.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Citigroup Inc.; Citibank, N.A.; Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Credit Suisse International, Deutsche Bank AG; HSBC Bank plc; HSBC Bank USA, N.A.; JPMorgan Chase & Co., JPMorgan Chase Bank, N.A.; Lloyds Banking Group, plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); Bank of Scotland plc; Société Générale; The Norinchukin Bank; Royal Bank of Canada; The Royal Bank of Scotland Group plc; Natwest Markets Plc (f/k/a The Royal Bank of Scotland plc); MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); UBS AG; WestLB AG; Portigon AG (f/k/a WestLB AG) |
| **Count V – Breach of Contract (Defendant Credit Suisse International)** | Credit Suisse International |

<hr>

The Honorable Naomi Reice
Buchwald                                    8                          July 26, 2019

| **Count VII – Breach of Contract (Defendant HSBC Bank USA, N.A.)** | HSBC Bank USA, N.A. |
| --- | --- |
| **Count X - Fraud** | Bank of America Corporation; Bank of America, N.A.; Barclays Bank plc; British Bankers' Association; BBA Enterprises Ltd., BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Citibank, N.A.; Citigroup Inc.; Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen- Boerenleenbank, B.A.); Credit Suisse International, Credit Suisse AG, Deutsche Bank AG; HSBC Bank plc; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A., JPMorgan Chase & Co.; Lloyds Banking Group, plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc), Bank of Scotland plc; Société Générale; The Norinchukin Bank; Royal Bank of Canada; The Royal Bank of Scotland Group plc, Natwest Markets Plc (f/k/a The Royal Bank of Scotland plc); MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); WestLB AG; Portigon AG (f/k/a WestLB AG); UBS AG |
| **Count XI – Tortious Interference with Contract** | Bank of America Corporation; Bank of America, N.A.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Citigroup Inc.; Citibank, N.A.; Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.), Credit Suisse AG; Credit Suisse International, Deutsche Bank AG; HSBC Bank plc; HSBC Bank USA, N.A.; JPMorgan Chase & Co., JPMorgan Chase Bank, N.A.; Lloyds Banking Group, plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); Bank of Scotland plc; Société Générale; The Norinchukin Bank; Royal Bank of Canada; The Royal Bank of Scotland Group plc; Natwest Markets Plc (f/k/a The Royal Bank of Scotland plc); MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.), UBS AG; WestLB AG; Portigon AG (f/k/a WestLB AG) |

Consistent with the above, Freddie Mac and the following Defendants have agreed that those Defendants are not obligated to move, answer, or otherwise respond to the pending complaint in the *Freddie Mac* Action:

- Bank of America Corporation;

- British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.);

- Citigroup Inc.;

- Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.);

- Credit Suisse AG, Credit Suisse International;

- HSBC Bank plc; HSBC Bank USA, N.A.;

- JPMorgan Chase & Co., JPMorgan Chase Bank, N.A.;

- Lloyds Banking Group, plc; Lloyds Bank plc (f/k/a Lloyds TSB Bank plc); Bank of Scotland plc,

- MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.);

- The Norinchukin Bank,

- Royal Bank of Canada,

- The Royal Bank of Scotland Group plc;

- Société Générale;

- WestLB AG; Portigon AG (f/k/a WestLB AG).

Principal Financial

The Principal Financial Group, Inc., Principal Financial Services, Inc., and Principal Life Insurance Company (together, "Principal Financial") and the Defendants in the *Principal Financial* Action have stipulated and agreed that the following Defendants[8] are or shall be treated as dismissed from the counts identified in the table below, based on the Court's prior rulings:

| Principal Financial Revised Second Amended Complaint[9] Count | Dismissed Entities |
|---|---|
| **Count One – Violation of Section 1 of the Sherman Act** | Bank of America Corporation; Bank of America, N.A.; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Chase Bank USA, N.A.; Coöperatieve Centrale Raiffeisen-Boerenleenbank, |

---

[8] All of Principal Financial's claims against the Citi Defendants and Barclays Defendants have been dismissed with prejudice, ECF Nos. 2863, 2823, and neither the Citi entities nor the Barclays entities are named as defendants in the Revised Second Amended Complaint filed by Principal Financial, ECF No. 2898

[9] No. 11-md-2262-NRB, ECF No. 2898.

| | B.A.; Credit Suisse AG; Credit Suisse Group AG; Credit Suisse International, Credit Suisse Securities (USA) LLC; Deutsche Bank AG, Deutsche Bank Securities, Inc.; HBOS plc; JPMorgan Bank Dublin plc; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC, Lloyds Banking Group plc; Lloyds Bank plc; Merrill Lynch Capital Services, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Royal Bank of Canada; The Royal Bank of Scotland Group plc; The Royal Bank of Scotland plc; RBS Securities, Inc., UBS AG; UBS Securities LLC |
|---|---|
| **Count Two – Violation of the Donnelly Act** | Bank of America Corporation, Bank of America, N.A.; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Chase Bank USA, N.A.; Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.; Credit Suisse AG, Credit Suisse Group AG; Credit Suisse International; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; HBOS plc; JPMorgan Bank Dublin plc; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC; Lloyds Banking Group plc, Lloyds Bank plc; Merrill Lynch Capital Services, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc., Royal Bank of Canada; The Royal Bank of Scotland Group plc; The Royal Bank of Scotland plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |
| **Count Three – Breach of Contract and Covenant of Good Faith and Fair Dealing for Interest Rate Swaps** | Bank of America Corporation; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Merrill Lynch Capital Services, Inc.; Credit Suisse Group AG; Credit Suisse AG; Credit Suisse International; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; JPMorgan Chase & Co.; Chase Bank USA, N.A.; JPMorgan Bank Dublin plc; J.P. Morgan Securities, LLC; The Royal Bank of Scotland Group, plc; UBS Securities LLC |
| **Count Four – Breach of Contract and Covenant of Good Faith and Fair Dealing for Variable-Rate Bonds and Asset-Backed Securities** | Bank of America Corporation; Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Merrill Lynch Capital Services Inc.; Credit Suisse International; Credit Suisse Group AG; Credit Suisse AG, Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc., JPMorgan Chase & Co.; Chase Bank USA, N.A., JPMorgan Bank Dublin plc; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities, LLC, The Royal Bank of Scotland Group, plc; The Royal Bank of Scotland, plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |

The Honorable Naomi Reice
Buchwald                                    11            .                July 26, 2019

| Count Five – Fraud | Bank of America Corporation; Bank of America, N.A.; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Chase Bank USA, N.A.; Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A., Credit Suisse AG; Credit Suisse Group AG; Credit Suisse International; Credit Suisse Securities (USA) LLC; Deutsche Bank AG, Deutsche Bank Securities, Inc.; HBOS plc; JPMorgan Bank Dublin plc; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC; Lloyds Banking Group plc; Lloyds Bank plc, Merrill Lynch Capital Services, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Royal Bank of Canada; The Royal Bank of Scotland Group plc; The Royal Bank of Scotland plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |
|---|---|
| Count Six – Aiding and Abetting Fraud | Bank of America Corporation; Bank of America, N.A.; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Chase Bank USA, N.A.; Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.; Credit Suisse AG; Credit Suisse Group AG; Credit Suisse International; Credit Suisse Securities (USA) LLC, Deutsche Bank AG; Deutsche Bank Securities, Inc., HBOS plc; JPMorgan Bank Dublin plc; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC; Lloyds Banking Group plc; Lloyds Bank plc, Merrill Lynch Capital Services, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Royal Bank of Canada; The Royal Bank of Scotland Group plc; The Royal Bank of Scotland plc, RBS Securities, Inc., UBS AG; UBS Securities LLC |
| Count Seven – Negligent Misrepresentation | Bank of America Corporation; Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Merrill Lynch Capital Services Inc., Credit Suisse Group AG; Credit Suisse AG; Credit Suisse International; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; JPMorgan Chase & Co.; JPMorgan Chase Bank, N. A.; Chase Bank USA, N.A.; JPMorgan Bank Dublin plc; J.P. Morgan Securities, LLC; Royal Bank of Canada; The Royal Bank of Scotland Group, plc, The Royal Bank of Scotland, plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |
| Count Eight – Unjust Enrichment | Bank of America Corporation; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Merrill Lynch Capital Services, Inc., Credit Suisse Group AG; Credit Suisse AG; Credit Suisse International; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; JPMorgan Chase & Co.; Chase Bank USA, N.A.; JPMorgan Bank Dublin plc; J.P. Morgan Securities, LLC; |

The Honorable Naomi Reice
Buchwald                               12                          July 26, 2019

|  | The Royal Bank of Scotland Group, plc; UBS Securities LLC |
|---|---|

Consistent with the above, Principal Financial and the following Defendants have agreed that those Defendants are not obligated to move, answer, or otherwise respond to the pending complaint in the *Principal Financial* Action:

- Bank of America Corporation; Merrill Lynch Capital Services, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.;

- British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.);

- Chase Bank USA, N.A., JPMorgan Bank Dublin plc; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC;

- Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.,

- Credit Suisse AG, Credit Suisse Group AG, Credit Suisse International; Credit Suisse Securities (USA) LLC;

- Deutsche Bank AG; Deutsche Bank Securities, Inc.,

- HBOS plc; Lloyds Banking Group plc, Lloyds Bank plc,

- The Royal Bank of Scotland Group, plc;

- UBS Securities LLC.

Principal Funds

Principal Funds, Inc., et al. ("Principal Funds") and the Defendants in the *Principal Funds* Action have stipulated and agreed that the following Defendants are or shall be treated as dismissed from the counts identified in the table below, based on the Court's prior rulings[10]:

| Principal Funds Revised Second Amended Complaint[11] Count | Dismissed Entities |
|---|---|
| Count One – Violation of Section 1 of the Sherman Act | Bank of America Corporation, Bank of America, N.A., British Bankers' Association, BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Coöperatieve Centrale |

---

[10] All of Principal Funds' claims against the Citi Defendants and Barclays Defendants have been dismissed with prejudice, ECF Nos. 2865, 2822, and neither the Citi entities nor the Barclays entities are named as defendants in the Revised Second Amended Complaint filed by Principal Funds, ECF No. 2910.

[11] No. 11-md-2262-NRB, ECF No. 2910

|  | Raiffeisen-Boerenleenbank, B.A.; Credit Suisse AG; Credit Suisse Group AG; Credit Suisse Securities (USA) LLC, Deutsche Bank AG; Deutsche Bank Securities, Inc.; HBOS plc; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC; Lloyds Banking Group plc, Lloyds Bank plc, Merrill Lynch, Pierce, Fenner & Smith, Inc., Royal Bank of Canada, The Royal Bank of Scotland Group plc; The Royal Bank of Scotland plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |
|---|---|
| **Count Two – Violation of the Donnelly Act** | Bank of America Corporation; Bank of America, N.A.; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.), Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.; Credit Suisse AG; Credit Suisse Group AG, Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; HBOS plc; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC; Lloyds Banking Group plc; Lloyds Bank plc; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Royal Bank of Canada, The Royal Bank of Scotland Group plc; The Royal Bank of Scotland plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |
| **Count Three – Breach of Contract and Covenant of Good Faith and Fair Dealing for Interest Rate Swaps** | Bank of America Corporation; Merrill Lynch, Pierce, Fenner & Smith, Inc., Citigroup Inc.; Credit Suisse Group AG; Credit Suisse AG; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities, LLC;  The Royal Bank of Scotland Group, plc; RBS Securities, Inc.; UBS Securities LLC |
| **Count Four – Breach of Contract and Covenant of Good Faith and Fair Dealing for Variable-Rate Bonds and Asset-Backed Securities** | Bank of America Corporation; Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Credit Suisse Group AG, Credit Suisse AG; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; JPMorgan Chase & Co.; JPMorgan Chase Bank, N. A.; J.P. Morgan Securities, LLC; The Royal Bank of Scotland Group, plc; The Royal Bank of Scotland, plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |
| **Count Five – Fraud** | Bank of America Corporation; Bank of America, N.A.; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.; Credit Suisse AG, |

The Honorable Naomi Reice
Buchwald                                    14                          July 26, 2019

| | Credit Suisse Group AG, Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc ; HBOS plc; JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., J.P. Morgan Securities, LLC; Lloyds Banking Group plc; Lloyds Bank plc; Merrill Lynch, Pierce, Fenner & Smith, Inc., Royal Bank of Canada; The Royal Bank of Scotland Group plc; The Royal Bank of Scotland plc; RBS Securities, Inc.. UBS AG, UBS Securities LLC |
|---|---|
| **Count Six – Aiding and Abetting Fraud** | Bank of America Corporation; Bank of America, N.A.; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.); Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.; Credit Suisse AG; Credit Suisse Group AG; Credit Suisse Securities (USA) LLC; Deutsche Bank AG, Deutsche Bank Securities, Inc.; HBOS plc; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC; Lloyds Banking Group plc, Lloyds Bank plc; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Royal Bank of Canada; The Royal Bank of Scotland Group plc; The Royal Bank of Scotland plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |
| **Count Seven – Negligent Misrepresentation** | Bank of America Corporation; Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Credit Suisse Group AG, Credit Suisse AG; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities, LLC; The Royal Bank of Scotland Group, plc; The Royal Bank of Scotland, plc; RBS Securities, Inc.; UBS AG; UBS Securities LLC |
| **Count Eight – Unjust Enrichment** | Bank of America Corporation; Merrill Lynch, Pierce, Fenner & Smith, Inc., Credit Suisse Group AG; Credit Suisse AG; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities, LLC, The Royal Bank of Scotland Group, plc; RBS Securities, Inc.; UBS Securities LLC |

Consistent with the above, Principal Funds and the following Defendants have agreed that those Defendants are not obligated to move, answer, or otherwise respond to the pending complaint in the *Principal Funds* Action·

■ Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith, Inc.;

- British Bankers' Association, BBA Enterprises Ltd.; BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.);

- Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.;

- Credit Suisse Group AG; Credit Suisse AG; Credit Suisse Securities (USA) LLC,

- Deutsche Bank AG; Deutsche Bank Securities, Inc.,

- HBOS plc, Lloyds Banking Group plc, Lloyds Bank plc;

- JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities, LLC;

- Royal Bank of Canada;

- The Royal Bank of Scotland Group, plc; RBS Securities, Inc.,

- UBS Securities LLC.

## NCUA

The National Credit Union Administration Board ("NCUA") and the Defendants in the *NCUA* Action have stipulated and agreed that the following Defendants are or shall be treated as dismissed from the counts identified in the table below, based on the Court's prior rulings:

| NCUA Third Amended Complaint[12] Count | Dismissed Entities |
|---|---|
| **First Cause of Action – Violation of Section 1 of the Sherman Act** | Credit Suisse Group AG, Barclays Bank PLC; Barclays Capital Inc.; Lloyds Banking Group plc, WestLB AG; Westdeutsche Immobilienbank AG; UBS AG; The Royal Bank of Scotland Group plc; Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.; The Norinchukin Bank; MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); HBOS plc, Société Générale; Royal Bank Of Canada; Bank of America Corporation; Bank of America, N.A.; Citigroup Inc.; Citibank, N.A.; Citigroup Financial Products Inc., Deutsche Bank AG; Rabobank International, Citi Swapco Inc.; HSBC Holdings plc; HSBC Bank USA, N.A.; JPMorgan Chase & Co.; JPMorgan Chase Bank N.A. |
| **Second Cause of Action – Violation of State Antitrust, Unfair Competition, and Restraint of Trade Laws** | Credit Suisse Group AG; Barclays Bank PLC; Barclays Capital Inc.; Lloyds Banking Group plc; WestLB AG; Westdeutsche Immobilienbank AG; UBS AG; The Royal Bank of Scotland Group plc; Coöperatieve Centrale Raiffeisen-Boerenleenbank b.a.; The Norinchukin Bank; MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); HBOS plc, |

---

[12] No. 11-md-2262-NRB, ECF No. 2848.

The Honorable Naomi Reice
Buchwald                                    16                           July 26, 2019

|  | Société Générale, Royal Bank of Canada; Bank of America Corporation; Bank of America, N.A.; Citigroup Inc., Citibank, N.A., Citigroup Financial Products Inc.; Deutsche Bank AG; Rabobank International; Citi Swapco Inc.; HSBC Holdings plc; HSBC Bank USA, N.A.; JPMorgan Chase & Co.; JPMorgan Chase Bank N.A. |
|---|---|
| **Third Cause of Action – Breach of Contract and Implied Covenant of Good Faith and Fair Dealing with Members United** | Bank of America Corporation; Bank of America, N.A; JPMorgan Chase & Co.; JPMorgan Chase Bank N.A. |
| **Fourth Cause of Action – Breach of Contract with Southwest** | Citigroup Inc.; Citigroup Financial Products Inc.; Citi Swapco Inc.; Citibank, N.A. |
| **Fifth Cause of Action – Breach of Contract with WesCorp** | Bank of America Corporation; Bank of America, N.A; JPMorgan Chase & Co.; JPMorgan Chase Bank N.A.; Citigroup Inc.; Citigroup Financial Products Inc.; Citi Swapco Inc., Citibank, N.A., Barclays Bank PLC, Barclays Capital Inc.; Deutsche Bank AG; The Royal Bank of Scotland Group plc, UBS AG; HSBC Holdings plc, HSBC Bank USA, N.A. |
| **Sixth Cause of Action – Breach of Contract with U.S. Central** | Bank of America Corporation; JPMorgan Chase & Co. |
| **Seventh Cause of Action – Tortious Interference with the Credit Unions' Contracts** | Credit Suisse Group AG; Barclays Bank PLC; Barclays Capital Inc.; Lloyds Banking Group plc, WestLB AG; Westdeutsche Immobilienbank AG; UBS AG; The Royal Bank of Scotland Group plc; Coöperatieve Centrale Raiffeisen-Boerenleenbank b.a.; The Norinchukin Bank; MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.), HBOS plc, Société Générale, Royal Bank Of Canada; Bank of America Corporation; Bank of America, N.A., Citigroup Inc.; Citibank, N.A.; Citigroup Financial Products Inc., Deutsche Bank AG; Rabobank International; Citi Swapco Inc.; HSBC Holdings plc; HSBC Bank USA, N.A.; JPMorgan Chase & Co.; JPMorgan Chase Bank N.A. |
| **Eighth Cause of Action – Tortious Interference with the Credit Unions' Prospective Economic Advantage** | Credit Suisse Group AG, Barclays Bank PLC; Barclays Capital Inc., Lloyds Banking Group plc; WestLB AG; Westdeutsche Immobilienbank AG; UBS AG; The Royal Bank of Scotland Group plc; Coöperatieve Centrale Raiffeisen-Boerenleenbank b.a., The Norinchukin Bank, MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); HBOS plc, Société Générale, Royal Bank of Canada; Bank of America Corporation; Bank of America, N.A.; Citigroup Inc.; Citibank, |

The Honorable Naomi Reice
Buchwald                                       17                              July 26, 2019

|  | N.A.; Citigroup Financial Products Inc.; Deutsche Bank AG; Rabobank International; Citi Swapco Inc.; HSBC Holdings plc; HSBC Bank USA, N.A.; JPMorgan Chase & Co.; JPMorgan Chase Bank N.A. |
| --- | --- |
| **Ninth Cause of Action – Unjust Enrichment** | Credit Suisse Group AG; Lloyds Banking Group plc; WestLB AG, Westdeutsche Immobilienbank AG; The Norinchukin Bank; MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.); HBOS plc; Société Générale; Royal Bank of Canada, Bank of America Corporation, Citigroup Inc.; Citibank, N.A.; Citigroup Financial Products Inc.; Citi Swapco Inc., HSBC Holdings plc, HSBC Bank USA, N.A.; JPMorgan Chase & Co. |

Consistent with the above, NCUA and the following Defendants agree that those Defendants are not obligated to move, answer, or otherwise respond to the pending complaint in the *NCUA* Action:

- Bank of America Corporation;

- Citigroup Inc.; Citibank, N.A., Citigroup Financial Products Inc., Citi Swapco Inc.;

- Credit Suisse Group AG;

- HBOS plc; Lloyds Banking Group plc,

- HSBC Holdings plc; HSBC Bank USA, N.A.;

- JPMorgan Chase & Co.;

- MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.);

- The Norinchukin Bank;

- Royal Bank of Canada;

- Société Générale;

- WestLB AG; Westdeutsche Immobilienbank AG.

NCUA and Defendants Barclays Bank PLC, Barclays Capital Inc., and Deutsche Bank AG in the NCUA Action have stipulated and agreed that those Defendants are or shall be treated as dismissed from all counts in the NCUA Action except for Counts 6 and 9. The parties are conferring regarding whether the Court's July 10, 2019 opinion (ECF No. 2908) results in the dismissal of Defendants Barclays Bank PLC, Barclays Capital Inc., and Deutsche Bank AG from Counts 6 and 9. NCUA and Defendants Barclays Bank PLC, Barclays Capital Inc., and

The Honorable Naomi Reice
Buchwald                                        18                              July 26, 2019

Deutsche Bank AG stipulate and agree that those defendants shall have until August 12, 2019 to move, answer, or otherwise respond to the pending complaint in the *NCUA* Action (if necessary).

It is the position of Barclays and Deutsche Bank that Counts 6 and 9 are unambiguously covered by their respective settlement agreements, which released any claims "whether class or individual, in law or equity or arising under . . . contract, or otherwise in nature . . . arising from or relating in any way to any conduct alleged or that could have been alleged in and arising from the factual predicate of the OTC Action."

*          *          *

Defendants respectfully request that the Court so-order the requests set forth above.

Respectfully yours,


/s/ Paul S. Mishkin
Arthur J. Burke
Paul S. Mishkin
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017 Telephone.
(212) 450-4000
Fax  (212) 450-4800
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Banc of America Securities LLC (n/k/a Merrill Lynch, Pierce, Fenner & Smith, Inc.), Merrill Lynch & Co., Inc., Merrill Lynch International Bank Ltd., Merrill Lynch, Pierce, Fenner & Smith, Inc., and Merrill Lynch Capital Services, Inc.*

/s/ Christopher M  Viapiano
Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Fax. (202) 956-6973
viapianoc@sullcrom.com
cassadye@sullcrom.com

Michael P. Devlin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone. (212) 558-4000
Fax. (212) 558-3588
devlinm@sullcrom.com

*Attorneys for Defendant MUFG Bank, Ltd (f/k/a The Bank of Tokyo-Mitsubishi UFJ Ltd.)*

The Honorable Naomi Reice
Buchwald                                           19                                    July 26, 2019

/s/ Jonathan D. Schiller
Jonathan D. Schiller
Leigh M. Nathanson
Amos Friedland
BOIES, SCHILLER & FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone· (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com
afriedland@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone· (202) 237-2727
mbrille@bsfllp.com

Attorneys for Defendants Barclays Bank
PLC, and Barclays Capital Inc.

/s/ Andrew A. Ruffino
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
Jamie A. Heine
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone· (202) 662-6000
alazerow@cov.com
jheine@cov.com

/s/ Lev Dassin
Lev Dassin
Jonathan S. Kolodner
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone· (212) 225-2000
ldassin@cgsh.com
jkolodner@cgsh.com

Attorneys for Defendants Citibank, N.A.,
Citigroup Inc., Citigroup Financial
Products, Inc., Citigroup Global Markets
Inc., and Citi Swapco Inc.

The Honorable Naomi Reice
Buchwald

20

July 26, 2019

/s/ David R. Gelfand

David R. Gelfand
Robert C. Hora
Mark Villaverde
MILBANK LLP
55 Hudson Yards
New York, New York 10005
Telephone: (212) 530-5000
dgelfand@milbank.com
rhora@milbank.com
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve Ra-
bobank U.A. (f/k/a Coöperatieve Centrale
Raiffeisen-Boerenleenbank B.A.)*

/s/ Aidan Synnott

Aidan Synnott
Hallie S. Goldblatt
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone (212) 373-3000
Fax (212) 757-3990
asynnott@paulweiss.com
hgoldblatt@paulweiss.com

*Attorneys for Defendants Deutsche Bank
AG and Deutsche Bank Securities Inc.*

/s/ Joel Kurtzberg

Herbert S. Washer
Elai Katz
Joel Kurtzberg
Jason Hall
Lauren Perlgut
Adam Mintz
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone. (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com
jhall@cahill.com
lperlgut@cahill.com
amintz@cahill.com

*Attorneys for Defendant Credit Suisse
Group AG, Credit Suisse International,
(f/k/a Credit Suisse First Boston
International) Credit Suisse AG, and Credit
Suisse Securities (USA) LLC*

The Honorable Naomi Reice
Buchwald                                    21                                July 26, 2019

/s/ Gregory T. Casamento
Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
Telephone (212) 812-8325
Fax (212) 812-8385
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone (214) 740-8614
Fax (214) 740-8800
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings
plc, HSBC Bank plc, The Hongkong and
Shanghai Banking Corporation Ltd.,
and HSBC Bank USA, N.A.*

/s/ Paul C. Gluckow
Mary Beth Forshaw
Paul C. Gluckow
Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone (212) 455-2000
Fax (212) 455-2502
mforshaw@stblaw.com
pgluckow@stblaw.com
aturner@stblaw.com

Abram J. Ellis
900 G Street NW
Washington, D.C. 20001
Telephone: (202) 636-5500
Fax. (202) 636-5502
aellis@stblaw.com

*Attorneys for Defendants JPMorgan Chase
& Co., JPMorgan Chase Bank, N.A., J.P.
Morgan Securities LLC (f/k/a J.P. Morgan
Securities Inc.), J.P. Morgan Markets
Limited (f/k/a Bear, Stearns International
Limited), J.P. Morgan Dublin plc (f/k/a
JPMorgan Bank Dublin plc f/k/a Bear
Stearns Bank plc), Chase Bank USA, N.A ,
and Bear Stearns Capital Markets, Inc.*

The Honorable Naomi Reice
Buchwald                                22                           July 26, 2019

/s/ Marc J. Gottridge

Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022 Telephone:
(212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

Attorneys for Defendants Lloyds Banking
Group plc, Lloyds Bank plc (f/k/a Lloyds
TSB Bank plc) and HBOS plc

/s/ Christopher M. Paparella

Christopher M. Paparella
Robert B. Bell
Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004 Telephone·
(212) 837-6000
Fax: (212) 422-4726
Chris.Paparella@hugheshubbard.com
Robert.Bell@hugheshubbard.com
Marc.Weinstein@hugheshubbard.com

Attorneys for Defendants Portigon AG
(f/k/a WestLB AG) and Westdeutsche
ImmobilienBank AG

/s/ Andrew W. Stern

Andrew W. Stern
Alan M. Unger
Tom A. Paskowitz
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Fax: (212) 839-5599
astern@sidley.com
aunger@sidley.com
tpaskowitz@sidley.com

Attorneys for Defendant The Norinchukin
Bank

/s/ Richard D. Owens

Richard D. Owens
Jeff G. Hammel
Lilia B. Vazova
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com
jeff.hammel@lw.com
lilia.vazova@lw.com

Attorneys for Defendants British Bankers'
Association, BBA Enterprises Ltd., and
BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)

The Honorable Naomi Reice
Buchwald                                23                              July 26, 2019

/s/ Arthur W. Hahn
Arthur W. Hahn
Christian T. Kemnitz
Brian J. Poronsky
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com
brian.poronsky@kattenlaw.com

Attorneys for Defendant Royal Bank of
Canada


/s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Fax. (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

Attorneys for Defendant Société Générale

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com


/s/ Robert G. Houck
Robert G. Houck
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Fax  (212) 878-8375
robert.houck@cliffordchance.com

Attorneys for Defendants The Royal Bank
of Scotland Group plc, NatWest Markets
Plc (f/k/a The Royal Bank of Scotland plc),
and RBS Securities Inc.[13]

---

[13] Wilmer Cutler Pickering Hale and Dorr LLP is counsel for these defendants except as to plaintiffs Principal Funds, Inc., Principal Capital Interest Only I, LLC, Principal Commercial Funding, LLC, Principal Commercial Funding II, LLC; Principal Financial Group, Inc., Principal Financial Services, Inc., Principal Life Insurance Com- pany, Principal Real Estate Investors, LLC, and Principal Variable Contracts Funds, Inc , Clifford Chance US LLP is counsel for these defendants as to these plaintiffs.

The Honorable Naomi Reice
Buchwald                                    24                              July 26, 2019

*/s/ Eric J. Stock*
_____
Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
Ryan J. Levan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
mrkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com
mgreenfield@gibsondunn.com
rlevan@gibsondunn.com

*Attorneys for Defendant UBS AG and
UBS Securities LLC*

So Ordered:

Naomi Reice Buchwald
USDJ

August 12, 2019