UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, *et al.*,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | No. 1:14-cv-01757 |

**NOTICE OF VOLUNTARY DISMISSAL**

WHEREAS this Court previously dismissed certain claims asserted by Plaintiff the Federal Deposit Insurance Corporation as Receiver for Amcore Bank, *et al.* ("FDIC-R") with prejudice and dismissed certain claims asserted by the FDIC-R without prejudice in the above-captioned multi-district litigation;

WHEREAS the FDIC-R seeks to withdraw its claims for the receiverships specified below:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the FDIC-R for BankUnited, F.S.B.; Community Banks of Colorado; Downey Savings & Loan Association, FA; Eurobank; First Community Bank; First Federal Bank of California, F.S.B.; First National Bank; First Regional Bank; Frontier Bank; Georgian Bank; Hillcrest Bank; Irwin Union Bank & Trust Company; LaJolla

Bank; Midwest Bank and Trust Company; Orion Bank; PFF Bank & Trust; Riverside National Bank of Florida; and Tier One Bank("Dismissing Receiverships"), by and through its undersigned attorneys, hereby withdraws and dismisses all claims by the Dismissing Receiverships only in the above-captioned multi-district litigation against Defendants Bank of America Corporation; Merrill Lynch International; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (F.K.A. BBA Libor Ltd.); Coöperatieve Rabobank UA (F.K.A. Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Credit Suisse Group AG; Credit Suisse International (F.K.A. Credit Suisse First Boston International); HSBC Bank plc; HSBC Bank USA, N.A.; The Hongkong and Shanghai Banking Corporation Ltd.; JPMorgan Chase & Co.; Lloyds Banking Group plc; Lloyds Bank plc (F.K.A. Lloyds TSB Bank plc); Bank of Scotland plc; MUFG Bank Ltd. (F.K.A. The Bank of Tokyo-Mitsubishi UFJ Ltd.); The Norinchukin Bank; Société Générale; Portigon AG (F.K.A. WestLB); Royal Bank of Canada; and The Royal Bank of Scotland plc (collectively, "Defendants") without prejudice; provided that, if the FDIC-R were to reassert any claims for the Dismissing Receiverships that have been previously dismissed by this Court with prejudice, those claims shall remain dismissed with prejudice, subject to any right to appeal or to seek reconsideration of the prior dismissal that the FDIC-R may have. Defendants reserve the right to oppose any such appeal or reconsideration request.

The FDIC-R reserves all rights to make claims as Receiver for the Dismissing Receiverships as a class member in any future class settlements in the above-captioned MDL litigation as appropriate.

Dated: June 24, 2020								Respectfully submitted,

											ZELLE LLP

											By:	*/s/ James R. Martin*
												James R. Martin
												Jennifer Duncan Hackett
												1775 Pennsylvania Avenue, NW
												Washington, DC  20006
												202-899-4101

											*Attorneys for the FDIC-R*