| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, *et al.*,<br><br>        Plaintiff<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, *et al*.,<br><br>        Defendants. | No. 1:14-cv-01757 |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS this Court previously dismissed certain claims asserted by Plaintiff the

Federal Deposit Insurance Corporation as Receiver ("FDIC-R") for Amcore Bank, *et al.* with

prejudice and dismissed certain claims asserted by the FDIC-R without prejudice in the above-

captioned multi-district litigation;

WHEREAS the FDIC-R seeks to withdraw the claims of the receiverships specified

below, and no other claims in the above-captioned multi-district litigation:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), the FDIC-R as Receiver for BankUnited, F.S.B.; Community Banks of Colorado;

Downey Savings & Loan Association, FA; Eurobank; First Community Bank; First Federal

Bank of California, F.S.B.; First National Bank; First Regional Bank; Frontier Bank; Georgian

Bank; Hillcrest Bank; Irwin Union Bank & Trust Company; LaJolla Bank; Midwest Bank and

Trust Company; Orion Bank; PFF Bank & Trust; Riverside National Bank of Florida; and Tier One Bank ("Dismissing Receiverships"), and Defendants Bank of America, N.A.; Merrill Lynch & Co.; Merrill Lynch Capital Services, Inc.; Merrill Lynch International Bank, Ltd.; Barclays Bank plc; Citigroup, Inc.; Citibank, N.A.; Citigroup Financial Products, Inc.; Deutsche Bank AG; JPMorgan Chase Bank, N.A.; Bear Stearns Capital Markets, Inc.; JPMorgan Markets Ltd. (F.K.A. Bear Stearns International Ltd.); J.P. Morgan Bank Dublin plc (F.K.A. Bear Stearns Bank plc); and UBS AG (collectively, "Answering Defendants"), by and through their undersigned attorneys, hereby stipulate to the dismissal of the claims asserted by the FDIC as Receiver for the Dismissing Receiverships only in the above-captioned action subject to the following terms:

1.      The FDIC-R for the Dismissing Receiverships in the above-captioned multi-district litigation ("MDL"), withdraws and dismisses the claims against the Answering Defendants asserted by the Dismissing Receiverships only, without prejudice; provided that, if the FDIC-R were to reassert any claims as Receiver for the Dismissing Receiverships that have been dismissed by this Court with prejudice, those claims shall remain dismissed with prejudice, subject to any right to appeal or to seek reconsideration of the prior dismissal that the FDIC-R may have.  Answering Defendants reserve the right to oppose any such appeal or reconsideration request.

2.      The FDIC-R for the Dismissing Receiverships and Answering Defendants shall bear their own costs and attorneys' fees in connection with the above-captioned MDL litigation.

3.      The FDIC-R reserves all rights to make claims as Receiver for the Dismissing Receiverships as a class member in any future class settlements in the above-captioned MDL litigation as appropriate.

The FDIC-R as Receiver for the Dismissing Receiverships withdraws and dismisses the claims against the Answering Defendants asserted by the Dismissing Receiverships only, does not withdraw or dismiss any other claims in this matter asserted by any other Closed Bank that is not specified as a Dismissing Receivership and reserves its rights in all other respects.

Dated:  June 24, 2020                       Respectfully submitted,

Arthur J. Burke                               James R. Martin
Paul S. Mishkin                               Jennifer Duncan Hackett
Adam G. Mehes                               ZELLE LLP
DAVIS POLK & WARDWELL LLP      1775 Pennsylvania Avenue, NW
450 Lexington Avenue                        202-899-4101
New York, New York 10017
Telephone: (212) 450-4000               *Attorneys for the FDIC-R*
Fax: (212) 450-4800
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Bank of America, N.A.,*
*Merrill Lynch & Co., Inc., Merrill*
*Lynch Capital Services, Inc., and*
*Merrill Lynch International Bank, Ltd.*

_Andrew A. Ruffino_

_____

Jonathan D. Schiller
Leigh M. Nathanson
Amos Friedland
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com
afriedland@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

_Attorneys for Defendant Barclays Bank PLC_

_____

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
Benjamin L. Cavataro
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
alazerow@cov.com
bcavataro@cov.com

Lev Dassin
Jonathan S. Kolodner
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
ldassin@cgsh.com
jkolodner@cgsh.com

_Attorneys for Defendants Citibank, N.A., and Citigroup Financial Products, Inc._

Jonathan D. Schiller
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 446-2300
jschiller@bsfllp.com

*Attorney for Defendants Barclays Bank PLC*

_(signature)_

Aidan Synnott
Hallie S. Goldblatt
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
asynnott@paulweiss.com
hgoldblatt@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

_Paul C. Gluckow_ (signature)

Mary Beth Forshaw
Paul C. Gluckow
Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
mforshaw@stblaw.com
pgluckow@stblaw.com
aturner@stblaw.com

Abram J. Ellis
900 G Street NW
Washington, D.C. 20001
Telephone: (202) 636-5500
Fax: (202) 636-5502
aellis@stblaw.com

_Attorneys for Defendants JPMorgan Chase Bank,
N.A., J.P. Morgan Markets Limited (f/k/a Bear,
Stearns International Limited), J.P. Morgan Dublin
plc (f/k/a JPMorgan Bank Dublin plc f/k/a Bear
Stearns Bank plc), and Bear Stearns Capital
Markets, Inc._

_(signature)_

Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
mrkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

_Attorneys for Defendant UBS AG_

| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, *et al.*,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | No. 1:14-cv-01757 |

**ORDER OF DISMISSAL**

This matter having come to be heard on the Parties' Stipulation of Voluntary Dismissal, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

WHEREAS this Court previously dismissed certain claims asserted by Plaintiff the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") for the Dismissing Receiverships specified below with prejudice and dismissed certain claims asserted by the FDIC-R for the Dismissing Receiverships without prejudice;

WHEREAS the FDIC-R seeks to withdraw its claims as Receiver for the Dismissing Receiverships specified below:

1.      All claims asserted by the "FDIC-R" as Receiver for BankUnited, F.S.B.; Community Banks of Colorado; Downey Savings & Loan Association, FA; Eurobank; First

Community Bank; First Federal Bank of California, F.S.B.; First National Bank; First Regional Bank; Frontier Bank; Georgian Bank; Hillcrest Bank; Irwin Union Bank & Trust Company; LaJolla Bank; Midwest Bank and Trust Company; Orion Bank; PFF Bank & Trust; Riverside National Bank of Florida; and Tier One Bank against Defendants Bank of America, N.A.; Merrill Lynch & Co.; Merrill Lynch Capital Services, Inc.; Merrill Lynch International Bank, Ltd.; Barclays Bank plc; Citigroup, Inc.; Citibank, N.A.; Citigroup Financial Products, Inc.; Deutsche Bank AG; JPMorgan Chase Bank, N.A.; Bear Stearns Capital Markets, Inc.; JPMorgan Markets Ltd. (F.K.A. Bear Stearns International Ltd.); J.P. Morgan Bank Dublin plc (F.K.A. Bear Stearns Bank plc); and UBS AG (collectively, "Answering Defendants") are dismissed from the above-captioned action in the above-captioned multi-district litigation ("MDL") without prejudice; provided that, if the FDIC-R were to reassert any claims as Receiver for the Dismissing Receiverships that have been dismissed by this Court with prejudice, those claims shall remain dismissed with prejudice, subject to any right to appeal or to seek reconsideration of the prior dismissal that the FDIC-R may have.  Answering Defendants reserve the right to oppose any such appeal or reconsideration request, and

    2.     The FDIC-R and Answering Defendants shall bear their own costs and attorneys' fees in connection with this Stipulation of Voluntary Dismissal.

IT IS SO ORDERED.


_____                               June \_\_, 2020
Naomi Reice Buchwald
United States District Judge